NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1588

STATE OF LOUISIANA

VERSUS

BRANDON M. BROUSSARD

**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 21780-00
HONORABLE FRED R. GODWIN, DISTRICT JUDGE

**********

MARC T. AMY
JUDGE

**********

Court composed of Sylvia R. Cooks, Billie Colombaro Woodard, and Marc T. Amy, Judges.

AFFIRMED.

Robert Richard Bryant, Jr.
District Attorney
1020 Ryan Street
Lake Charles, LA 70602
(337) 437-3400
COUNSEL FOR APPELLEE:
     State of Louisiana

Pamela Sue Moran
Louisiana Appellate Project
Post Office Box 840030
New Orleans, LA   70184-0030
COUNSEL FOR DEFENDANT/APPELLANT:
     Brandon M. Broussard

Brandon M. Broussard
Allen Correctional Center
3751 Lauderdale Woodyard Road
Kinder, LA   70648